**Exhibit A to the Complaint**

**Location:** Jersey City, NJ  
**Total Works Infringed:** 74

**IP Address:** 100.1.15.186  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 07/05/2020 20:15:12 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 2 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A<br>File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 07/05/2020 20:00:59 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 3 | Info Hash: B68E8B8D5B139F0F6236FB409416C5F6EFF30FBF<br>File Hash: EC87A35B26CA48252E09A7221FEE19ACF078C658529E6A73527988F7C4700D7E | 07/05/2020 19:53:05 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 4 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 07/05/2020 19:50:54 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 5 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 06/20/2020 22:14:12 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 6 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 06/20/2020 22:12:31 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 7 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 06/20/2020 22:10:49 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 8 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 05/30/2020 15:58:54 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 05/30/2020 14:35:03 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 10 | Info Hash: EB8182CB6D300A79475A2DF9651C8674C4BBA7FB<br>File Hash: E1E817C687D36BD1C9FB37A539C4C4E62F58D2B0BC61B8BBE4E8CB51087F05F1 | 05/27/2020 14:10:00 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 11 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 05/27/2020 14:08:30 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 12 | Info Hash: CF74C07E4CE744B8C031D261A5F8D6B395670EFC<br>File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 05/27/2020 14:08:05 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 13 | Info Hash: 900A6BCDAE9ED7A6A35050FA6079B4EEE2976450<br>File Hash: 3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 05/17/2020 20:09:01 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 14 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05/17/2020 20:07:06 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 15 | Info Hash: 057D249A5951BB3B4BF70F73BBC784BD5D27E487<br>File Hash: 4627C825EEDC8E6C2E27E67D63FF6DCC165297C082BA2A5D6FAC9C56534F71E0 | 05/17/2020 20:03:56 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 16 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 05/17/2020 19:25:39 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 17 | Info Hash: 48A34BDC625CD33B88AC2A21C09F6E360CDA063A<br>File Hash: 908012C6209FB5309BAABB0DBB6608DB47745B9C440FE6BDEEA70A7D4AE90F45 | 05/17/2020 19:03:52 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1A6470E21E54EE628069047098E9B5DFB9B17ED2<br>File Hash: DC07CEA2B9742F1F04351D7A11868746045D5A1DF8F5A6E0AF00D9C69779AB3D | 04/19/2020 14:49:35 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 19 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 04/19/2020 14:48:41 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 20 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 04/19/2020 14:45:31 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 21 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 04/19/2020 14:45:09 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 22 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 04/19/2020 14:44:41 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 23 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04/16/2020 15:20:30 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 24 | Info Hash: 2DB957887A10E8246EF3A3DA094E8DFC20643F2F<br>File Hash: F9D00CAEEB69E94196F0F3E1FFF6496D42369A28FFDCAF8572F3B1B9162FD22D | 04/09/2020 15:09:43 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 25 | Info Hash: 642E0CBC2CC4510978E835A1A110DB3AFCCA7A01<br>File Hash: 88BFA21A2FA90A82F48A0B1D6EA087EEC44A7701B46620CBE9492D37880B8DED | 04/09/2020 15:09:38 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 26 | Info Hash: 0D3828D1D8CA341965FE3F9022D9E1FAD543AE10<br>File Hash: 875835DA69D950C7ABBBFC7ACCF0038B3504F21CE48F5E3E6348210E79F70D0B | 04/09/2020 15:09:08 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 80195A84AADE2ECE0977124E16D1C9E293119C41 File Hash: 8AF821ADA0157939E048D106813087E9A744F93618C2621BF2A341134C054E7E | 04/09/2020 15:08:28 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 28 | Info Hash: 6FA547DC616859D9A4C6B54E18351A80AC6FBA3D File Hash: 35975EA7A5A62C3153A461B2416DAC811FEF98728E809ED4B97C5C21B5820942 | 04/09/2020 15:04:39 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 29 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 04/09/2020 15:03:46 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 30 | Info Hash: DD13D320C0879681AFA6F7DD38CCD9A322401B15 File Hash: C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 04/09/2020 15:02:49 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 31 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88 File Hash: B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 04/09/2020 15:02:35 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 32 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 04/08/2020 12:38:34 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 33 | Info Hash: A91425617DC2F4DC5ABB082BC1182D5F7A163A9D File Hash: ABA0424F65EC92EE16295DE76D13C431CC311A43A536275F5AA3B6C17087D90C | 03/05/2020 20:59:54 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 34 | Info Hash: 51E7F5813518D8443886B3AFA1F29A82481587CC File Hash: DDF4DAE7189A593533C7366692F2FAA2BBDD3E08E157B4CF4442147D23095782 | 03/05/2020 20:57:48 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |
| 35 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 02/29/2020 22:08:25 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 02/20/2020 15:28:15 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 37 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02/17/2020 16:06:13 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 38 | Info Hash: 7394693FD37E23DA3F8C16EF2B56759BB44DB556<br>File Hash: 7E3912D6291605313B55CB774A54EE5F8D2CF9C575B052193DB5E05726A4817F | 01/20/2020 00:44:06 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 39 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 01/10/2020 15:26:28 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 40 | Info Hash: 3000CA5DB618894F3AE2C4F4EA9962D7268B229A<br>File Hash: E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA | 01/07/2020 16:14:07 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 41 | Info Hash: 427564223D1B9DE7A5B163CEF0FBAF0F8F505BF8<br>File Hash: F13CAAAA2FC66215EA2E2C934B3FAF6898EF986B7AA20594144A5C3E43D8525F | 01/07/2020 16:00:38 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 42 | Info Hash: F65DBB26314E370BCB1AAE59AB209E1371A57ACF<br>File Hash: 5597DF4BF6ED45CB513885F685212ED145ADC3D3B5DB615C8954E6DD29DCE190 | 01/07/2020 15:52:37 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 43 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 01/06/2020 17:00:36 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 44 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 01/05/2020 01:36:58 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 01/05/2020 00:31:00 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 46 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash: 71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 01/05/2020 00:25:18 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 47 | Info Hash: 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B<br>File Hash: 5C6EE52299123D1519B27DD2EE8DDA90B5CC1C439DC0C8E8EBC0B3FA89B8681A | 12/12/2019 17:42:46 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 48 | Info Hash: 2790935D0DDF45B6A14998F294F73ADB0E22B337<br>File Hash: 3D73B354345D90872E08995ABB7BCEF27BB2190026504F2D05D3086DD1B526E3 | 12/12/2019 17:42:28 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 49 | Info Hash: AE56D79258B3F062B731EF13E0188A0ACC1B0788<br>File Hash: 2493CF5F3AA64C9E0042A0D31EED3F6EDC9E23307B67E4AAC431659A24DBB640 | 12/12/2019 17:41:12 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 50 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 12/12/2019 17:38:17 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 51 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 12/12/2019 17:28:19 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 52 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 12/12/2019 17:25:26 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 53 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 12/12/2019 17:22:28 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA<br>File Hash: 544B745FA67E6DE0E35C38F887DC98DDDEE9043B54C6762D068EC3CF0DE65E62 | 12/12/2019 17:22:21 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 55 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 12/12/2019 17:22:13 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 56 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 12/12/2019 17:21:44 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 57 | Info Hash: 41577E4102ED339277357B7EF3E97C1347487EE2<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12/12/2019 17:14:36 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 58 | Info Hash: E2BB05E86116A0CDAD606375C7B9C9EB44B6F769<br>File Hash: 31382C19D0B2EDBD00250E62E5F055C9A09921F1CA2BB18494E6CC89BFFB9BE1 | 12/12/2019 17:14:19 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 59 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 12/12/2019 17:12:54 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 60 | Info Hash: 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4<br>File Hash: C601B70B3A5A0C15333A80222F2F96FC3A793A3F64ACCCCDFE72B2CFFCD469A0 | 12/12/2019 17:11:32 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 61 | Info Hash: D80229A46F5B9A14A2C1CA5AA18CC184EB161AB5<br>File Hash: 3E401CCAA394CBCC50CF3733A968E37F494456B2B1CF76B12A54FD32CB1B07A3 | 12/12/2019 17:11:21 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 62 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 12/12/2019 17:10:40 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: F84DCE97DEB71401BE49198E7C5E446530B70B41<br>File Hash: 848BF44DF42E6DA689001798B82FD17D51F221553930DA06ED1BADBC66BDA6F1 | 12/12/2019 17:10:05 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 64 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 12/12/2019 17:09:39 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 65 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12/12/2019 17:09:27 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 66 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 12/12/2019 15:40:42 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 67 | Info Hash: F6EF54B7F37C11FCB5B0A0583502F52CB68A6749<br>File Hash: 073F2CE106D70F7D353C4BB07A3F079F25319AEF5A8C0740CF6AC6E6255F329C | 12/11/2019 00:43:46 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 68 | Info Hash: D7A7B422ED8B09C4D350D5DCD70FEE647946B146<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 12/01/2019 03:19:12 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 69 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 12/01/2019 02:44:15 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 70 | Info Hash: 3D053805CCD7FD3E623BC505E427299B900CCC27<br>File Hash: 74E4604D07BC40B6231CC7537ED8F323923AF44FDAC1EBEA201657537C33BB87 | 12/01/2019 01:59:59 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 71 | Info Hash: 16BE9C2A0836D8C3DA7C84CD3ED4B4E614605590<br>File Hash: 8DC9BE53AC63119E0FCB977C5E88577399C51320275A44A1900D5FDA9D24637A | 11/28/2019 21:42:49 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD<br>File Hash: 88AEA3DB9489D065882DCC0A2D3B45A4C0155CF0F942F137A09E67A50BD370D1 | 11/28/2019 21:41:10 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 73 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 11/28/2019 21:39:51 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 74 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 11/28/2019 21:29:13 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |